# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2009

137556

GERALDINE BASKERVILLE,
       Petitioner-Appellant,

v

RIVER ROUGE PUBLIC SCHOOLS
BOARD OF EDUCATION,
       Respondent-Appellee.

SC: 137556
COA: 285291
STC: 07-000020

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____/

On order of the Court, the application for leave to appeal the September 15, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., not participating due to a familial relationship with counsel of record.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2009

_____
Clerk

p0316